UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILLIAM M. ARMSTRONG** | * | **CIVIL ACTION NO. 3:22-cv-01001** |
| | * | |
| **VERSUS** | * | **JUDGE: SHELLY D. DICK** |
| | * | |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE** | * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |
| | * | |

## MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "LSU Board"), who moves this Honorable Court for an Order dismissing the lawsuit filed by William M. Armstrong ("Plaintiff"), on the following grounds:

1.

Plaintiff filed suit against the LSU Board in this Court, asserting an alleged breach of contract claim and an alleged violation of La. Rev. Stat. 23:631 *et seq*.

2.

Plaintiff's Complaint alleged that this Court has original subject-matter jurisdiction pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the value of $75,000 and is between citizens of different states.

3.

As set forth more fully in the corresponding Memorandum in Support of this Motion to Dismiss, this Court lacks subject-matter jurisdiction to adjudicate Plaintiff's claims because the LSU Board is not a citizen for the purposes of diversity jurisdiction under 28 U.S.C. § 1332.

4.

Additionally, the LSU Board retains sovereign immunity from Plaintiff's claims under the Eleventh Amendment, and the LSU Board has not waived this immunity.

5.

Finally, as set forth more fully in the accompanying memorandum, the Louisiana legislature has expressly mandated that no suit against the state or a state agency shall be instituted in any court other than a Louisiana state court.

6.

Accordingly, this Court lacks subject-matter jurisdiction over Plaintiff's claims against the LSU Board as a party-defendant; therefore, this Court should dismiss Plaintiff's claims pursuant to Fed. R. Civ. P. 12(b)(1).

**WHEREFORE**, Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, respectfully prays that its Motion to Dismiss Plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(1) is granted and Plaintiff's claims against it be dismissed with prejudice, with all costs being assessed to Plaintiff.

Respectfully submitted,
**ADAMS AND REESE LLP**

*/s/Kellen J. Mathews*
Kellen J. Mathews (#31860)
Christopher D. Joseph, Jr. (#38293)
450 Laurel Street, Suite 1900
Baton Rouge, LA  70801

Telephone: (225) 336-5200
Facsimile: (225) 336-5220
Email: kellen.mathews@arlaw.com
Email: christopher.joseph@arlaw.com

***COUNSEL FOR DEFENDANT,
BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been filed and served upon all counsel of record electronically with the Clerk of Court using the CM/ECF system. Additionally, parties not enrolled in the CM/ECF system have been served via United States mail, properly addressed, and first-class postage prepaid, this 28th day of December, 2022.

*/s/Kellen J. Mathews*
Kellen J. Mathews