UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA, EAST BATON ROUGE PARISH

| | | |
|---|---|---|
| **WILLIAM M. ARMSTRONG,** | * | CASE NO. 3:22-cv-01001-SDD-EWD |
| | * | |
| **VERSUS** | * | JUDGE SHELLY D. DICK |
| | * | |
| **BOARD OF SUPERVISORS OF** | * | MAGISTRATE JUDGE ERIN |
| **LOUISIANA STATE UNIVERSITY** | * | WILDER-DOOMES |
| **AND AGRICULTURAL AND** | * | |
| **MECHANICAL COLLEGE.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF WILLIAM M. ARMSTRONG'S MOTION TO UNSEAL PURSUANT TO THE MAGISTRATE JUDGE'S ORDER OF DECEMBER 27, 2022 (ECF NO. 17)**

NOW INTO COURT, through undersigned counsel, comes and appears plaintiff William M. Armstrong, who moves pursuant to the Magistrate Judge's December 27, 2022 Order (ECF No. 17) for an ORDER directing: (1) the Clerk of Court to unseal his complaint and motion to redact (both filed under seal on December 8, 2022) and (2) the Clerk to file the attached unredacted or partially unredacted versions of redacted summary judgment filings made on December 28, 2022.

Background

Mr. Armstrong is the plaintiff in this action and, until recently, a party to an NCAA infractions proceeding. Because of certain NCAA confidentiality rules and procedures, Mr. Armstrong was constrained to commence this action, and to file his summary judgment motion, with certain redactions. He moved under seal to do so on December 8, 2022 ("the Redactions Motion") and the Magistrate Judge granted his motion on December 27, 2022 (ECF No. 17). The Magistrate Judge's order granting the motion required that within 14 days of the NCAA's anticipated future issuance of a decision in the NCAA proceeding, Mr. Armstrong move to have

his complaint and the Redactions Motion unsealed and that he also file unredacted versions of his memorandum of law in support of his motion for summary judgment, his Rule 56 statement of undisputed facts and Exhibit 4 to Mr. Armstrong's affirmation.

On June 22, 2023, an independent panel issued its decision in the NCAA proceeding. As concerned Mr. Armstrong, the panel found that the two charges the NCAA had leveled against Mr. Armstrong were not supported by sufficient credible and persuasive information and therefore could not be sustained.

## Requested Relief

The NCAA decision having issued and pursuant to the Magistrate Judge's order, we now hereby respectfully move for an order directing the Clerk to (1) unseal both Mr. Armstrong's redaction motion, which was filed under seal on December 8, 2022, and his complaint, which was Exhibit A to that motion; and (2) accept for filing unredacted versions of his memorandum of law in support of summary judgment and corresponding Rule 56 statement (which are Exhibits A and B hereto).

In an excess of caution, we respectfully request that Exhibit 4 to Mr. Armstrong's affidavit – a March 17, 2022 letter from Mr. Armstrong's counsel challenging LSU's notice of contemplation of termination – be filed with a small number of remaining redactions. Although the NCAA decision made certain portions of the infractions proceeding public, it did not make the entire investigative file public and anonymized names of involved student-athletes and other individuals. At this time, Mr. Armstrong does not want to publicize any more of the NCAA record necessary to this case than the adjudicating panel did. Thus, while many of the earlier redactions can be removed, some should not be. The proposed modified Exhibit 4 to Mr. Armstrong's

affidavit is attached as Exhibit C and we respectfully request that the Clerk be directed to accept that for filing also.

                Respectfully submitted,

                TAYLOR WELLONS POLITZ & DUHE, LLC

By:    *s/ Michael Mann Thompson*
       Michael Mann Thompson (#30758)
       4041 Essen Lane, Suite 500
       Baton Rouge, LA  70809
       Telephone:  (225) 387-9888
       Fax:  (225) 387-9886
       Email:  mthompson@twpdlaw.com

LISA CAHILL PLLC

By:    *s/ Lisa Cahill*
       Lisa Cahill
       747 Third Avenue, 32nd Floor
       New York, NY  10017
       Telephone:  (917) 690-1395
       Email:  lcahill@lisacahilllaw.com
       *Admitted Pro Hac Vice*

*Counsel for Plaintiff William M. Armstrong*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | Electronic Mail-CM/EMF System | | |

Baton Rouge, Louisiana this 28th day of June, 2023.

        *s/ Michael Mann Thompson*
     TAYLOR, WELLONS, POLITZ & DUHE, LLC