UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA, EAST BATON ROUGE PARISH

| | | |
|---|---|---|
| **WILLIAM M. ARMSTRONG,** | * | CASE NO.  3:22-cv-01001 |
| | * | |
| **VERSUS** | * | JUDGE SDD |
| | * | |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE.** | * * * * | MAGISTRATE JUDGE EWD |

**************************************************************************

# EXHIBIT LIST TO PLAINTIFF WILLIAM M. ARMSTRONG'S MOTION TO UNSEAL PURSUANT TO THE MAGISTRATE JUDGE'S ORDER OF DECEMBER 27, 2022 (ECF NO. 17)

A. William M. Armstrong's Memorandum of Law in Support of Motion for Partial Summary Judgment

B. William M. Armstrong's Rule 56 Statement of Undisputed Material Facts

C. Proposed Modified Exhibit 4 to William Armstrong's Affidavit

Respectfully submitted,

TAYLOR WELLONS POLITZ & DUHE, LLC

By: ___*s/ Michael Mann Thompson*___
Michael Mann Thompson (#30758)
4041 Essen Lane, Suite 500
Baton Rouge, LA  70809
Telephone:  (225) 387-9888
Fax:  (225) 387-9886
Email:  mthompson@twpdlaw.com

2

        LISA CAHILL PLLC

By:   <u>*s/ Lisa Cahill*</u>
      Lisa Cahill
      747 Third Avenue, 32nd Floor
      New York, NY  10017
      Telephone:  (917) 690-1395
      Email:  lcahill@lisacahilllaw.com
      *Admitted Pro Hac Vice*

      *Counsel for Plaintiff William M. Armstrong*

2