## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM M. ARMSTRONG | CIVIL ACTION |
| VERSUS | 22-CV-1001-SDD-EWD |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE | |

## JUDGMENT

For the written reasons assigned:

*Judgment* is hereby entered granting Defendant's motion to dismiss for lack of diversity jurisdiction. This matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 27th day of September, 2023.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**